FILED
2008 Dec-23  AM 11:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORENZO REESE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-cv-697-IPJ-PWG |
| | ) |
| GRANT CULLIVER, WARDEN; | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on December 2, 2008 recommending that the petition for writ of habeas corpus be dismissed as untimely. The parties were allowed fifteen days in which to file objections. No objections have been filed to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DISMISSED as untimely.  A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 23rd day of December, 2008.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE